NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

## 2008-5138

LLOYD T. WHITAKER
and MARY ANN WHITAKER,

Plaintiffs-Appellants,

v.

UNITED STATES,

Defendant-Appellee.

Appeal from the United States Court of Federal Claims in 02-CV-795, Judge Lawrence J. Block.

ON MOTION

## O R D E R

The appellants move without opposition for a 6-day extension of time, until April 21, 2009, to file their response to the court's November 7, 2008 order.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted.

FOR THE COURT

APR 17 2009
_____
Date

/s/ Jan Horbaly
_____
Jan Horbaly
Clerk

cc:  Sallie W. Gladney, Esq.
     Deborah K. Snyder, Esq.

s20

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

APR 17 2009

JAN HORBALY
CLERK